# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of October, two thousand thirteen,

_____

Marvel Characters, Incorporated, Marvel Worldwide, Incorporated, MVL Rights, LLC,

  Plaintiffs-Counter-Defendants - Appellees,

Walt Disney Company, Marvel Entertainment, Incorporated,

  Counter-Defendants - Appellees,

v.

Lisa R. Kirby, Neal L. Kirby, Susan N. Kirby, Barbara J. Kirby,

  Defendants-Counter-Claimants - Appellants.

**ORDER**

Docket No: 11-3333

_____

Appellants Lisa R. Kirby, Neal L. Kirby, Susan N. Kirby, and Barbara J. Kirby, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

